Scott A. Resnik
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8800 – Phone
(212) 940-8776 – Fax
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEALEY ALTERNATIVE INVESTMENT PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL BANK OF CANADA and RBC DOMINION SECURITIES CORPORATION a/k/a RBC CAPITAL MARKETS CORPORATION,<br><br>Defendants. | Case No. 1:10-cv-01567(RMB)(KMW)<br><br>**Document Electronically Filed**<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

This matter having been brought before the Court by the motion of Katten Muchin Rosenman LLP, attorneys for defendants, to admit Bruce G. Vanyo *pro hac vice* to appear and participate in this Court for all purposes in the above-captioned case as counsel for defendants, and the certifications of Scott A. Resnik and Bruce G. Vanyo having been submitted in support of the application, and it appearing that Bruce G. Vanyo is a member in good standing of the Bars of the State of New York and the State of California, and that there are no disciplinary proceedings against him as a member of the Bar in any jurisdiction;

IT IS on June 1, 2010

**ORDERED** that Bruce G. Vanyo is hereby admitted *pro hac vice* for all purposes of representing defendants, in the above-entitled action, and it is

**FURTHER ORDERED** that, pursuant to L. Civ. R. 101.1(c)(2), Bruce G. Vanyo shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28(a), if he has not already made contributions, and it is

**FURTHER ORDERED** that, pursuant to L. Civ. R. 101.1(c)(3), Bruce G. Vanyo shall make a payment of $150.00 payable to the Clerk, United States District Court; and it is

**FURTHER ORDERED** that Bruce G. Vanyo shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rules 103.1, Judicial Ethics and Professional Responsibility, and Local Rule 104.1, Discipline of Attorneys; it is

**FURTHER ORDERED** that, pursuant to L. Civ. R. 101.1(c)(4), Bruce G. Vanyo shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended; it is

**FURTHER ORDERED** that a copy of this Order shall be served within __ days of the date hereof.

KAREN M. WILLIAMS
U.S. MAGISTRATE JUDGE