UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

HEALEY ALTERNATIVE INVESTMENT PARTNERSHIP,

    Plaintiff,

vs.

ROYAL BANK OF CANADA and RBC DOMINION SECURITIES CORPORATION a/k/a RBC CAPITAL MARKETS CORPORATION,

    Defendants.

No. 10-01567 (RMB) (KMW)

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Plaintiff Healey Alternative Investment Partnership in this matter and request that copies of all papers in this action be served upon the undersigned.

Mail to: ltalan@foxrothschild.com

    FOX ROTHSCHILD LLP
    Attorneys for Plaintiff

    By: s/ Lauren J. Talan
    Lauren J. Talan, Esq
    75 Eisenhower Parkway, Suite 200
    Roseland, NJ 07068-1600
    Tel: (973) 994-7530
    Fax: (973) 992-9125
    ltalan@foxrothschild.com

Dated: March 22, 2012

## CERTIFICATION OF SERVICE

  I, Lauren J. Talan, hereby certify that I caused one true and correct copy of the foregoing to be filed electronically on March 22, 2012.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                  s/ Lauren J. Talan
                   Lauren Talan

Dated:  March 22, 2012