

# Fox Rothschild LLP
ATTORNEYS AT LAW

75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068-1600
Tel 973.992.4800  Fax 973.992.9125
www.foxrothschild.com

Stanley L. Goodman
Office Managing Partner

Lauren J. Talan
Direct Dial: (973) 994-7514
Email Address: ltalan@foxrothschild.com

May 3, 2012

**VIA ECF**

Clerk
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Re: **Healey Alternative Investment Partnership v. RBC and RBC Capital Markets
Case No. 1:10-cv-01567-RMB-KMW**

Dear Sir/Madam:

We represent Healey Alternative Investment Partnership ("Healey") in the above-entitled action.

We respectfully request that the Court remove the *pro hac vice* status of Joseph M. Pastore, III, Esq, in this matter. Mr. Pastore was granted leave by Magistrate Judge Karen M. Williams on June 1, 2010, to appear *pro hac vice* on behalf of Healey. Plaintiff Healey Alternative Investment Partnership will continue to be represented by Fox Rothschild LLP.

Very truly yours,

Lauren J. Talan

cc: Joseph M. Pastore III, Esq.(Via e-mail)
All Counsel of Record (Via ECF)