# Katten
Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.8776 fax

WILLIAM M. REGAN
william.regan@kattenlaw.com
(212) 940-6541 direct
(212) 894-5521 fax

January 11, 2012

**VIA ECF AND FEDERAL EXPRESS**

Honorable Karen M. Williams
United States Magistrate Judge
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ  08101

Re:   Healey Alternative Investment Partnership v. Royal Bank of Canada, et al.
       Case No. 1:10-01567 (RMB) (KMW)

Dear Magistrate Judge Williams:

We represent defendant Royal Bank of Canada ("RBC") in the above captioned action. Contrary to the assertion in Plaintiff's January 9, 2013 letter to the Court, RBC did not in any way attempt to "inflate" the data count by manipulating search terms – RBC used the exact same search terms it used for its prior document productions. RBC remains ready and willing to disclose those search terms if that would assist the Court in resolving the pending discovery dispute.

Separately, Plaintiff's arguments on the burden issue miss the point. All estimates concerning the cost of reviewing and producing ESI are inherently uncertain. RBC used $18,000 to $30,000 per GB because those estimates are commonly used by experts in ESI publications. Plaintiff estimates that 119GB of data could be processed, reviewed and produced for $110,000. But the key is that even if RBC and the Court were to accept Plaintiff's estimate, the discovery Plaintiff is seeking should still be denied because the issue is one of proportionality – RBC should not be forced to spend $110,000 based on the remote possibility that some marginally relevant email might be found in the periods before Plaintiff's requested that its hedge fund investments be converted to cash or after the filing of a second complaint in this litigation.

Respectfully submitted,

*[signature]*

William M. Regan

cc: All Counsel of Record (via ECF)