

**Fox Rothschild** LLP
ATTORNEYS AT LAW

75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068-1600
Tel 973.992.4800 Fax 973.992.9125
www.foxrothschild.com

Ernest Edward Badway
Direct Dial: (973) 994-7530
Email Address: ebadway@foxrothschild.com

January 14, 2013

**VIA ECF AND REGULAR MAIL**

The Honorable Karen M. Williams
United States Magistrate Judge
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

> Re: **Healey Alternative Investment Partnership v. Royal Bank of Canada et al.**
> **Case No.: 1:10-01567 (RMB) (KMW)**

Dear Magistrate Judge Williams:

We represent plaintiff Healey Alternative Investment Partnership ("Healey") in the above-referenced matter. Healey briefly responds to the January 11, 1013, letter from defendants Royal Bank of Canada and RBC Dominion Securities Corporation, a/k/a RBC Capital Markets Corporation (collectively, "RBC").

While RBC asserts it used the same search terms as previous, those search terms could very likely be overbroad for the specific discovery that Healey is seeking in its Requests. It is, therefore, disingenuous for RBC to make these statements without disclosing the exact search terms though an Affidavit or Declaration of Counsel for the Court to review.

Additionally, it is beyond ridiculous for RBC to still claim that discovery of how it handed earlier redemption requests and how it calculated the final valuations of the other funds in Healey's basket in the months preceding the September 2008 redemption request is not relevant. The contention that there is "remote possibility" of finding relevant evidence is absurd – it is not disputed that RBC handled earlier redemption requests and calculated and determined the final valuations for other funds. Therefore, the alleged cost is most certainly not disproportionate to the relevant evidence that undoubtedly exists.



Fox Rothschild LLP
ATTORNEYS AT LAW

Honorable Karen M. Williams
January 14, 2013
Page 2


We thank the Court for its consideration of this matter.

Respectfully submitted,

Ernest Edward Badway

cc:     All Counsel of Record (via ECF)