UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**

MITCHELL H. COHEN COURTHOUSE
1 John F. Gerry Plaza, Chambers 6050
P.O. Box 2736
Camden, New Jersey 08101
(856) 757-5020   Fax (856) 757-5474

February 4, 2013

<u>**LETTER ORDER**</u>

Ernest E. Badway, Esquire
Lauren Jill Talan, Esquire
Fox Rothschild LLP
75 Eisenhower Parkway
Roseland, New Jersey 07068

Jack L. Kolpen, Esquire
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648-2311

Scott A. Resnik, Esquire
Katten, Muchin & Rosenman, LLP
575 Madison Avenue, 14th Floor
New York, New York 10022

      Re:  Healey Alternative Investment Partnership V.
           Royal Bank of Canada et al
           Civil Action No. 10-1567 (RMB/KMW)

Dear Counsel:

    The Court will conduct a case management/settlement conference in this matter on **February 27, 2013**, at **10:00 a.m.**

    The conference shall be attended by counsel having full authority to speak for the party.  The client shall attend the conference and any other individual who has full settlement authority.

    Counsel for each party shall submit a letter memorandum not later than **February 22, 2013**, **5:00 p.m.**, which includes a brief statement of the facts and the legal bases for the party's claims or defenses.  The memorandum shall also include the party's

settlement position and settlement efforts to date.  The letter memorandum may be submitted ex parte and, therefore, should not be filed with the Clerk.  **This letter memorandum may not be faxed to Chambers.**

Parties and counsel shall report to Courtroom 3D, Mitchell H. Cohen Federal Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, New Jersey 08101.

As discussed during the telephone conference on February 4, 2013, in the event this matter does not settle, the Court (1) will address the extension of the discovery deadline; and (2) the suitability of filing dispositive motions versus proceeding directly to trial.

                                        Very truly yours,

                                        s/Renée Marie Bumb
                                        RENÉE MARIE BUMB
                                        United States District Judge

c:    Hon. Karen M. Williams, U.S.M.J.
       Arthur Roney, Courtroom Deputy