UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **JUDGE RENÉE MARIE BUMB** | February 4, 2013 |
| **COURT REPORTER: TED FORMAROLI** | **Docket #** 10cv1567(RMB/KMW) |

**TITLE OF CASE:**

HEALEY ALTERNATIVE INVESTMENT GROUP VS. ROYAL BANK OF CANADA, ET AL

**APPEARANCES:**

Ernest Badway, Esquire for plaintiff
William A. Regan, Esquire for defendants

**NATURE OF PROCEEDINGS:**

TELEPHONE CONFERENCE HELD.

Time commenced: 3:00p.m.           Time Adjourned: 3:25p.m.

Total 25 Minutes

s/ *Arthur Roney*
DEPUTY CLERK

**cc: Chambers**