

75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068-1600
Tel 973.992.4800  Fax 973.992.9125
www.foxrothschild.com

Ernest Edward Badway
Direct Dial:  (973) 994-7530
Email Address: ebadway@foxrothschild.com

February 14, 2013

**VIA ECF & FEDEX**

The Honorable Renee Marie Bumb
United States District Court Judge
United States District Court for the District of New Jersey
Mitchell Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re:  **Healey Alternative Investment Partnership v. Royal Bank of Canada and RBC Dominion Securities Corporation a/k/a RBC Capital Markets Corporation
Case No.: 1:10-01567 (RMB) (KMW)**

Dear Judge Bumb:

    We represent plaintiff Healey Alternative Investment Partnership ("Healey").  On February 13, 2013, the Court issued an Order rescheduling the settlement conference in this matter from February 27, 2013 to either March 18 or March 19, 2013.  The Court instructed the parties to inform the deputy clerk of the new agreed-upon date.  The Order also indicated that the parties' confidential settlement memoranda would still be due on February 22, 2013.

    We have contacted Mr. Roney, and advised him that the parties have agreed upon March 19, 2013, for the settlement conference.  Additionally, Healey respectfully requests that the parties be allowed some additional time, until March 5, 2013, to submit the settlement memoranda.  Although we are mindful of the Court's schedule, we believe that this additional time would allow for a fuller presentation of the issues to be raised at the settlement conference, and, as such, hopefully, increase the likelihood the parties may settle this matter.  Defendants'

The Honorable Renee Marie Bumb
February 14, 2013
Page 2

counsel does not object to this request, and the extension would apply equally to the Defendants' submission as well.

      We thank the Court for its consideration of this matter.

                                Respectfully submitted,

                                Ernest Edward Badway

cc:    All Counsel of Record (*via ECF*)