# Katten
Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.8776 fax
www.kattenlaw.com

WILLIAM M. REGAN
william.regan@kattenlaw.com
(212) 940-6541 direct
(212) 894-5521 fax

September 20, 2013

**VIA ECF**

Honorable Karen M. Williams
United States Magistrate Judge
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Re:   Healey Alternative Investment Partnership v. Royal Bank of Canada, et al.
      Case No. 1:10-01567 (RMB) (KMW)

Dear Magistrate Judge Williams:

We represent Royal Bank of Canada and RBC Dominion Securities Corporation (n/k/a RBC Capital Markets Corporation) (collectively "RBC") in the above captioned action. We respectfully submit this letter to request a minor adjustment to the Amended Scheduling Order, dated September 16, 2013 (Doc. # 99) (the "Amended Scheduling Order").

On September 12, 2013, Plaintiff Healey Alternative Investment Partnership ("Healey") wrote to the Court requesting an extension of fact discovery in order to, among other things, take the deposition of RBC employee David Barton during the week of September 23-27. Your Honor granted the requested extension, which was reflected in the Amended Scheduling Order. Unfortunately, due to an unexpected scheduling conflict, Mr. Barton is no longer available to be deposed during the week of September 23-27. RBC has contacted Healey regarding this matter and the parties have agreed, with the Court's permission, to take Mr. Barton's deposition on October 1. Accordingly, RBC requests that fact discovery be extended to October 1, to allow Healey to take Mr. Barton's deposition. No further changes to the Amended Scheduling Order are requested.

We appreciate the Court's consideration of this request.

Respectfully submitted,

William M. Regan

cc: All Counsel of Record (via ECF)

So Ordered this 24th day
of September, 2013
Honorable Karen M. Williams,
United States Magistrate Judge

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   HOUSTON   IRVING   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations