UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

HEALEY ALTERNATIVE INVESTMENT PARTNERSHIP,

        Plaintiff,

vs.

ROYAL BANK OF CANADA and RBC DOMINION SECURITIES CORPORATION n/k/a RBC CAPITAL MARKETS, LLC,

        Defendants.

**ORDER**

No. 10-01567 (RMB) (KMW)

---

This matter having been opened to the Court by Defendants Royal Bank of Canada and RBC Dominion Securities Corporation (n/k/a RBC Capital Markets Corporation) ("RBC") for an Order, pursuant to Rule 37 of the Federal Rules of Civil Procedure, to compel Plaintiff Healey Alternative Investment Partnership ("Healey") to produce certain requested discovery;

IT IS, on this _____ day of _____, 2013, ORDERED as follows:

(i) Healey is ordered to produce, for the relevant time period:

    (a) its tax returns;

    (b) its general ledgers;

    (c) all documents reflecting its monthly accounting;

    (d) all documents reflecting its ownership percentages and the fair market value of each of the limited partners interest in Healey;

    (e) its reports to investors; and

      (f) any and all additional unproduced material which reflects Healey's calculation and/or understanding of the Option Value, Valuation Price, Final Option Value, and/or Final Valuation Price (as those terms are used in the Agreement) and/or any amount due and owing to Healey under the Agreement;

(ii) Healey is ordered to supplement its interrogatory responses to provide meaningful responses to Interrogatories Nos. 12-15 of RBC's First Set of Interrogatories to Plaintiff, dated January 25, 2011; and

(iii) All of RBC's First Set of Requests for Admission to Plaintiff, dated August 12, 2013, that Healey did not expressly admit or deny, are deemed as admitted by Healey.

                                                                            Honorable Karen M. Williams