**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
T:  (212) 940-8800
F:  (212) 940-8776
*Attorneys for Defendants Royal Bank of Canada*
*and RBC Dominion Securities Corporation*
*n/k/a RBC Capital Markets, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

——————————————————————x
:
HEALEY ALTERNATIVE INVESTMENT :
PARTNERSHIP, :
:
                    Plaintiff, :
:
    vs. :
:   No. 10-01567 (RMB) (KMW)
:
ROYAL BANK OF CANADA and RBC DOMINION :
SECURITIES CORPORATION n/k/a RBC CAPITAL :
MARKETS, LLC, :
:
                    Defendants. :
——————————————————————x

**CERTIFICATION OF SERVICE**

I, William M. Regan, hereby certify that I caused one true and correct copy of:

(i)  Defendants Royal Bank of Canada and RBC Dominion Securities Corporation (n/k/a RBC Capital Markets, LLC) Memorandum of Law in Support of its Motion to Compel (the "Motion to Compel"), dated October 11, 2013; and

(ii)  The Affidavit of William M. Regan in Support of the Motion to Compel, dated October 11, 2013, with the referenced exhibits.

to be served on plaintiff Healey Alternative Investment Partnership, via Federal Express delivery to:

Ernest E. Badway
FOX ROTHSCHILD LLP

75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068-1600

Dated: New York, New York
October 11, 2013

                                            /s/     William M. Regan
                                                 William M. Regan