**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
T: (212) 940-8800
F: (212) 940-8776

*Attorneys for Defendants Royal Bank of Canada
and RBC Dominion Securities Corporation
n/k/a RBC Capital Markets, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEALEY ALTERNATIVE INVESTMENT PARTNERSHIP,<br><br>    Plaintiff,<br><br>vs.<br><br>ROYAL BANK OF CANADA and RBC DOMINION SECURITIES CORPORATION n/k/a RBC CAPITAL MARKETS, LLC,<br><br>    Defendants. | No. 10-01567 (RMB) (KMW)<br><br>Motion Date: August 18, 2014 |

**SUPPLEMENTAL DECLARATION OF WILLIAM M. REGAN IN
<u>FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

WILLIAM M. REGAN, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.  I am a member of the law firm of Katten Muchin Rosenman LLP, attorneys for Defendants Royal Bank of Canada and RBC Dominion Securities Corporation (n/k/a RBC Capital Markets, LLC) (together, "RBC"). I make this supplemental declaration in further support of RBC's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2.  I submit this supplemental declaration to place before the Court true and correct copies of the following documents cited in RBC's Reply Memorandum of Law in further support of its Motion for Summary Judgment:

| Exhibit 57 | Relevant portions of the deposition testimony of Shane P. Gadbaw, sworn to November 8, 2013. |
| --- | --- |
| Exhibit 58 | Relevant portions of the deposition testimony of Peter L. Berlant, sworn to November 1, 2013. |
| Exhibit 59 | Form 1992 ISDA Master Agreement |

Dated:   New York, New York
         August 8, 2014

_____
William M. Regan