Exhibit 57

Case 1:10-cv-01567-RMB-KMW   Document 141-1   Filed 08/08/14   Page 2 of 3 PageID: 2894

SHANE P. GADBAW  Highly Confidential - Attorneys' Eyes Only                 November 08, 2013
HEALEY vs. RBC                                                                          1–4

**Page 1**

```
 1       IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY
 2                 CAMDEN VICINAGE
   ---------------------------------------X
 3 HEALEY ALTERNATIVE INVESTMENT PARTNERSHIP,

 4              Plaintiff,

 5                           Civil No: 10-1567
   VS.                           (RMB)(KMW)
 6
   ROYAL BANK OF CANADA and RBC DOMINION
 7 SECURITIES CORPORATION a/k/a RBC CAPITAL
   MARKETS CORPORATION,
 8
                Defendants.
 9 ---------------------------------------X

10

11    CONFIDENTIAL VIDEOTAPED DEPOSITION OF

12              SHANE P. GADBAW

13         Friday, November 8, 2013

14            New York, New York

15

16        *** HIGHLY CONFIDENTIAL ***

17

18        *** ATTORNEYS' EYES ONLY ***

19

20

21

22

23 Reported By:

24 LINDA J. GREENSTEIN

25 JOB NO. 34079
```

**Page 2**

```
 1            November 8, 2013
 2               9:38 A.M.
 3
 4
 5
 6
 7           Confidential Videotaped
 8   Deposition of SHANE P. GADBAW, taken by
 9   Plaintiff, pursuant to Notice, held at
10   Katten, Muchin, Rosenman, L.L.P., 575
11   Madison Avenue, New York, New York, before
12   Linda J. Greenstein, a Certified Shorthand
13   Reporter and Notary Public of the State of
14   New York.
```

**Page 3**

```
 1 A P P E A R A N C E S:
 2
 3
 4 FOX ROTHSCHILD, L.L.P.
   Attorneys for Plaintiff
 5       100 Park Avenue
         Suite 1500
 6       New York, New York 10017

 7 BY:      ERNEST E. BADWAY, ESQ.
            212.878.7900
 8          ebadway@foxrothschild.com

 9
   KATTEN, MUCHIN, ROSENMAN, L.L.P.
10 Attorneys for Defendant
11       575 Madison Avenue
         New York, New York 10022-2585

13 BY:      BRIAN L. MULDREW, ESQ.
            212.940.6581
14          brian.muldrew@kattenlaw.com

15

16

17 Also Present:

18

19 FOX ROTHSCHILD, L.L.P.
   Kenneth H. Leichter, Esq.
20
   KATTEN, MUCHIN, ROSENMAN, L.L.P.
21 William Regan, Esq.

22 Jesse Haggett, Legal Video Specialist
   Esquire Video Solutions
23
```

**Page 4**

```
 1              STIPULATIONS
 2
 3     IT IS HEREBY STIPULATED AND AGREED
 4 by and between counsel for the respective
 5 parties hereto, that the sealing, filing
 6 and certification of the within
 7 Deposition(s) may be signed and sworn to
 8 before any officer authorized to administer
 9 an oath with the same force and effect as
10 if signed and sworn to before the officer
11 before whom said Deposition(s) was (were)
12 taken;
13
14     IT IS FURTHER STIPULATED AND AGREED,
15 that all objections, except as to the form,
16 are reserved to the trial.
17
18
19 *              *              *
```



Case 1:10-cv-01567-RMB-KMW   Document 141-1   Filed 08/08/14   Page 3 of 3 PageID: 2895

SHANE P. GADBAW  Highly Confidential - Attorneys' Eyes Only                November 08, 2013
HEALEY vs. RBC                                                                      157–160

Page 157

1   SHANE P. GADBAW - HIGHLY CONFIDENTIAL
2   have to pay that.
3        So they want -- they seek to
4   neutralize the direction of the hedge fund
5   so that they isolate their return to be
6   simply LIBOR, plus a spread.
7        Q.   Now, the last sentence in that:
8        "To my knowledge, this was also
9   true of all other hedge fund-linked call
10  option sellers participating in the market
11  contemporaneously."
12       Did you do a survey of all the
13  other hedge fund-linked call option sellers
14  participating in the market?
15       MR. MULDREW:  Objection to form.
16       A.   My job was to be an expert in
17  the products I was selling, which means not
18  only to be able to explain your own, but
19  understand to compare and contrast yours to
20  your competitors.
21       And I worked very hard to be an
22  expert in my product, RBC's product,
23  SocGen's product, so I did quite a bit of
24  time -- in fact, a large amount of time --
25  surveying the competitors' business, the

Page 158

1   SHANE P. GADBAW - HIGHLY CONFIDENTIAL
2   customer of the competitors, getting as
3   much information as I could from them, to
4   be able to understand with as much
5   completeness as possible not only my
6   business, but everyone else's.
7        Q.   But you don't know if they were
8   actually telling you everything, do you?
9        MR. MULDREW:  Objection to form.
10       A.   I couldn't be sure of that, no.
11       Q.   When you use the term "all," I'm
12  just asking, for the purposes of this
13  report, did you try to do a survey of the
14  other hedge fund-linked call option sellers
15  in the market?
16       MR. MULDREW:  Objection to form.
17       A.   My engagement in this matter was
18  based on my experience.  And in my
19  experience, I did what I just answered
20  regularly and as often as possible.
21       So I feel like I did survey most
22  of the competitors out there.  In fact,
23  most of them hired employees who trained
24  under me to start their own businesses for
25  them, and they followed similar business

Page 159

1   SHANE P. GADBAW - HIGHLY CONFIDENTIAL
2   models as we did.
3        Q.   And the last time you were
4   directly involved in this business was
5   2003; is that correct?
6        A.   No.
7        Q.   No?
8        A.   No.
9        When I started XE Capital, among
10  the funds we managed was a fund of funds,
11  which didn't have direct investments in
12  hedge funds, but rather purchased a hedge
13  fund call option from BNP Paribas, so I
14  became a user of a product I was once a
15  seller of, and that lasted until, I think
16  2010 was when we finally terminated that
17  option.
18       Q.   So since 2010, you haven't had
19  any involvement with either on the
20  counterparty side or the seller side with
21  respect to hedge fund-linked call options?
22       MR. MULDREW:  Objection to form.
23       A.   I mean, I keep -- two of my best
24  friends, Trevor Randolph runs Credit Suisse
25  and Mike Vitalli runs Macquarie Bank.  I

Page 160

1   SHANE P. GADBAW - HIGHLY CONFIDENTIAL
2   know what's happening today as well.
3   Certainly not as well as I did before, but
4   I know better than the average person still
5   what's happening today.
6        Q.   Now, sir, I want to direct your
7   attention to paragraph 38, which starts on
8   page 13 and then goes over to 14.
9        In particular, I want to look at
10  the last sentence, which is on page 14 of
11  paragraph 38, the last two sentences, where
12  you say:
13       "The co-mingling of premiums
14  into a single bank account and holding
15  single accounts with hedge funds are both
16  standard operating procedures in the
17  administration of a hedge fund derivatives
18  business.
19       "It does not harm a counterparty
20  in any way to co-mingle premiums with those
21  of other counterparties."
22       What is the basis for those two
23  sentences?
24       A.   I would say the fungibility of
25  cash.  For example, if I go to the bank and

