**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
T: (212) 940-8800
F: (212) 940-8776

*Attorneys for Defendants Royal Bank of Canada
and RBC Dominion Securities Corporation
n/k/a RBC Capital Markets, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEALEY ALTERNATIVE INVESTMENT PARTNERSHIP,<br><br>                         Plaintiff,<br><br>        vs.<br><br>ROYAL BANK OF CANADA and RBC DOMINION SECURITIES CORPORATION n/k/a RBC CAPITAL MARKETS, LLC,<br><br>                         Defendants. | No. 10-01567 (RMB) (KMW)<br><br>Motion Date:  August 18, 2014 |

### CERTIFICATE OF SERVICE

I, Allison M. Wuertz, hereby certify that I caused service of the following documents, made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

(i) The Reply Memorandum of Law in Further Support of Defendant's Motion for Summary Judgment, dated May 28, 2014;

(ii) The Supplemental Declaration of William M. Regan in Further Support of RBC's Motion for Summary Judgment, dated August 8, 2014, with the referenced exhibits;

Dated: New York, New York
       August 8, 2014

                                                    s/   Allison M. Wuertz
                                                         Allison M. Wuertz