**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
T: (212) 940-8800
F: (212) 940-8776

*Attorneys for Defendants Royal Bank of Canada*
*and RBC Dominion Securities Corporation*
*n/k/a RBC Capital Markets, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEALEY ALTERNATIVE INVESTMENT PARTNERSHIP,<br><br>             Plaintiff,<br><br>     vs.<br><br>ROYAL BANK OF CANADA and RBC DOMINION SECURITIES CORPORATION n/k/a RBC CAPITAL MARKETS, LLC,<br><br>             Defendants. | No. 10-01567 (RMB) (KMW)<br><br>DECLARATION OF SHANE P. GADBAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMNENT OF DEFENDANT RBC CAPITAL MARKETS, LLC |

I, Shane P. Gadbaw, hereby declare as follows:

1.      I am the Co-Founder and Managing Chief Executive Officer of XE Capital Management, LLC, a hedge fund and private equity manager, with a focus on illiquid, innovative, new investment products.  I am also an independent consultant, providing expert advice regarding the hedge-fund linked derivative market.

2.      I make this declaration based on personal knowledge except where otherwise noted herein, and would and could testify to the following if called upon to do so.

3.      Attached as Exhibit 1 is a true and correct copy of my Expert Report dated October 11, 2013, prepared for this litigation.  A complete recitation of my professional qualifications is included in my Expert Report, and a copy of my *curriculum vitae* is annexed

thereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Beaver, Utah on this 24 day of May, 2013.

Shane P. Gadbaw