**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
T: (212) 940-8800
F: (212) 940-8776
*Attorneys for Defendants Royal Bank of Canada*
*and RBC Dominion Securities Corporation*
*n/k/a RBC Capital Markets, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEALEY ALTERNATIVE INVESTMENT PARTNERSHIP, | : |
| Plaintiff, | : |
| vs. | : No. 10-01567 (RMB) (KMW) |
| ROYAL BANK OF CANADA and RBC DOMINION SECURITIES CORPORATION n/k/a RBC CAPITAL MARKETS, LLC, | : |
| Defendants. | : |

**CERTIFICATION OF SERVICE**

I, Allison Wuertz, hereby certify that I caused service of the following documents, made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

(i) The Notice of Motion for Summary Judgment (the "Motion for Summary Judgment"), of Defendants Royal Bank of Canada and RBC Dominion Securities Corporation (n/k/a RBC Capital Markets, LLC) ("RBC"), dated May 28, 2014;

(ii) The Memorandum of Law in Support of RBC's Motion for Summary Judgment, dated May 28, 2014;

(iii)  The Statement of Undisputed Material Facts Pursuant to Rule 56.1 of the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey, dated May 28, 2014;

(iv)  The Declaration of William M. Regan in Support of RBC's Motion for Summary Judgment, dated May 28, 2014, with the referenced exhibits;

(v) The Declaration of Shane Gadbaw in Support of RBC's Motion for Summary Judgment, dated May 24, 2014, with the referenced exhibit;

(vi) The Affidavit of Jason Spacek in Support of RBC's Motion for Summary Judgment, dated May 28, 2014; and

(vii) A Proposed Order granting RBC's Motion for Summary Judgment

Dated: New York, New York
       May 29, 2014

                                              s/    Allison M. Wuertz
                                                      Allison M. Wuertz